NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KINAXIS INC., KINAXIS CORP.,**
*Appellants*

**v.**

**BLUE YONDER GROUP, INC.,**
*Appellee*

---

2023-1597

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01302.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

January 3, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE: January 3, 2025**